**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8210**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JASON ALLEN WOODY,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.   Thomas E. Johnston, District Judge.  (5:06-cr-00040-1)

Submitted:  February 18, 2010      Decided:  February 26, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason Allen Woody, Appellant Pro Se.  John Lanier File, John J. Frail, Assistant United States Attorneys, Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Allen Woody appeals the district court's orders denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006), and his motion for reconsideration of the denial of his § 3582(c) motion. We have reviewed the record and find no abuse of the district court's discretion. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (standard). Accordingly, we affirm for the reasons stated by the district court. United States v. Woody, No. 5:06-cr-00040-1 (S.D.W. Va. Nov. 17, 2009; Dec. 1, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED